UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSICA COFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:16-cv-00058-HEA |
| v. | ) |
| | ) |
| NAVIENT SOLUTIONS, INC and STUDENT ASSISTANCE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their attorneys, stipulate that the above lawsuit may be and hereby is dismissed on its merits and with prejudice pursuant to Fed.R.Civ.P. 41, with this Court retaining jurisdiction over this matter for the purpose of enforcing the terms of the settlement agreement reach herein.

IT IS FURTHER STIPULATED that without further notice, a judgment of dismissal with prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

Dated: April 7, 2017                    Respectfully Submitted,

**BARRY & HELWIG, LLC**

By:  s/Peter F. Barry
Peter F. Barry, Esq.
MN Attorney I.D. #0266577
*Admitted Pro Hac Vice*
2701 University Ave SE, Suite 209

- 1 -

Minneapolis, MN 55414-3236
Telephone:  (612) 379-8800
Facsimile: (612) 379-8810
pbarry@lawpoint.com

**PONTELLO LAW, LLC**
DOMINIC M. PONTELLO #60947
Pontello Law, LLC.
5988 Mid Rivers Mall Dr, Suite 114
St. Charles, Missouri 63304
Telephone:  (636) 541-7673
Facsimile: (636) 441-6881
dominic@pontellolaw.com

*Attorneys for Plaintiff*

**VEDDER PRICE (CA), LLP**
**By: s/Lisa M. Simonetti (with permission)**
*Admitted Pro Hac Vice*
California Attorney ID# 165996
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:  (424) 204-7700
Fax No: (424) 204-7702
lsimonetti@vedderprice.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC.**
Julie Z. Devine, #58268
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Telephone: 314.802.3935
Facsimile: 314.802.3936
julie.devine@ogletreedeakins.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Peter F. Barry, hereby certify that on April 7, 2016, the foregoing

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

**VEDDER PRICE (CA), LLP**
Lisa M. Simonetti
*Admitted Pro Hac Vice*
California Attorney ID# 165996
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:  (424) 204-7700
Fax No: (424) 204-7702

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC.**
Julie Z. Devine, #58268
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Telephone: 314.802.3935
Facsimile: 314.802.3936
julie.devine@ogletreedeakins.com

Respectfully submitted,

**BARRY & HELWIG, LLC**
By:  s/ Peter F. Barry
Peter F. Barry, Esq.
MN Attorney I.D. #0266577
*Admitted Pro Hac Vice*
2701 University Ave. SE, Suite 209
Minneapolis, Minnesota 55414-3236
Telephone:  (612) 379-8800
Facsimile: (612) 379-8810
pbarry@lawpoint.com